Reset Form

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

AMGUARD INSURANCE COMPANY            )
                                      )
                                      )
    Plaintiff(s),                     )
                                      )
    vs.                               )    Case No. 4:20-cv-1853
T & J ENTERPRISES, INC et al.,        )
                                      )
                                      )
    Defendant(s).                     )

DISCLOSURE OF ORGANIZATIONAL INTERESTS
CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for AmGuard Insurance Co. hereby discloses the following organizational interests:

1.   If the subject organization is a corporation,

     a.   Its parent companies or corporations (if none, state "none"):
          WestGuard Insurance Company

     b.   Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
          None.

     c.   Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
          None.

2.   If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship: N/A

/s/ James C. Morris, #53074MO
Signature (Counsel for Plaintiff/~~Defendant~~)
Print Name: James C. Morris
Address: 211 Broadway, Suite 2150
City/State/Zip: St. Louis, MO 63102
Phone: 314-961-6686

Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
December 22, 20 20.

/s/ James C. Morris, #53074MO
Signature