**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

AMGUARD INSURANCE COMPANY          )
                                   )
      Plaintiff,                     )
                                   )
    vs.                              )          Case No. 4:20-cv-01853-MTS
                                   )
T & J ENTERPRISES, INC., *et al.*, )
                                   )
      Defendants.                    )

## ORDER

Consistent with the Case Management Order in this case, Doc. [69], the Court referred this case for alternative dispute resolution (ADR) on August 16, 2022, Doc. [77].  That Order referring the case for ADR required Counsel for Plaintiff to file the Designation of Neutral/ADR Conference Report form no later than September 05, 2022.  Counsel failed to do so.  The Court sent out an Electronic Notice of Noncompliance on September 07, 2022, informing Plaintiff's Counsel of the failure and instructing Plaintiff's Counsel to file a written motion requesting an extension of time.  Counsel failed to do so.  As of this writing, Counsel has neither filed a Motion for Extension nor the Designation of Neutral/ADR Conference Report.  And this occasion is not the first that Plaintiff's Counsel has failed to file a Court ordered filing.  *See* Doc. [69] at 1 (detailing how Plaintiff's counsel failed to participate in the filing of an Amended Joint Scheduling Plan).

Plaintiff must file a Motion for Extension and the Designation of Neutral/ADR Conference Report forthwith.  Pursuant to Federal Rule of Civil Procedure 6(b)(1)(B), Plaintiff shall demonstrate its excusable neglect for failing to act.  Plaintiff is cautioned that further

- 2 -

disregarding the Court's orders on this matter or others will result in sanctions or dismissal of the case.  *See, e.g.*, E.D. Mo. L.R. 6.05(E); *id.* at 5.04; *id.* at 8.01.

**So ordered** this 13th day of September, 2022.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE